**SHA-1 Hash:** 9CA481711F4532C0AC8CBFD3BA22A74D1EF205E2      **Title**   Romantic Memories
**Rights Owner:** Malibu Media

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 69.243.26.140 | 6/24/2012 3:51 | Washington | DC | Comcast Cable | BitTorrent |
| 2 | 69.250.37.138 | 6/26/2012 1:24 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 98.204.53.75 | 5/22/2012 1:30 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 98.218.243.117 | 6/1/2012 23:30 | Washington | DC | Comcast Cable | BitTorrent |
| 5 | 66.44.38.41 | 6/28/2012 4:30 | Washington | DC | RCN Corporation | BitTorrent |
| 6 | 108.48.52.3 | 6/5/2012 2:15 | Washington | DC | Verizon Internet Services | BitTorrent |
| 7 | 71.163.193.157 | 6/20/2012 8:58 | Washington | DC | Verizon Internet Services | BitTorrent |