# READ AT ONCE

## COURT-DIRECTED NOTICE
## REGARDING ISSUANCE OF SUBPOENA
## SEEKING DISCLOSURE OF YOUR IDENTITY

<u>General Information</u>

A legal document called a subpoena has been sent to your Internet Service Provider ("ISP"), requiring the disclosure of your name, address, and other information.  The subpoena was issued pursuant to a Court Order in a lawsuit pending in the United States District Court for the District of Columbia.

Plaintiff has filed a lawsuit alleging that various people have infringer their copyrights by illegally downloading and/or distributing *[insert name of film]*.  However, plaintiff does not know the actual names or addresses of these people–only the Internet Protocol address ("IP address") of the computer associated with the illegal activity.

Accordingly, plaintiff has filed its lawsuit against anonymous "John Doe" defendants and issued subpoenas to various ISP's to determine the identity of these people.  If you are receiving this notice, that means plaintiff has asked your ISP to disclose your identification information to it, including your name, current (and permanent) address, e-mail address, and Media Access Control number.  Enclosed is a copy of the subpoena seeking your information and a copy of the exhibit page containing the IP address that has been associated with your computer and showing the date and time you are alleged to have used the Internet to download or upload the particular movie.

This is a civil lawsuit, not a criminal case.  You have not been charged with any crime.  If plaintiff receives your information from your ISP, you may be added as a named defendant to this lawsuit.

To maintain a lawsuit against you in the District Court for the District of Columbia, plaintiff must establish jurisdiction over you in the District of Columbia.  If you do not live in the District of Columbia, you may be able to challenge the District Court's jurisdiction over you.  Additionally, if you do not reside in the District of Columbia, you may also be able to challenge whether this Court is the proper venue for this case.  If your challenge is successful, the case in the District of Columbia will be dismissed, but plaintiff may be able to file suit against you in another state where there is jurisdiction.

This notice is intended to inform you of some of your rights and options.  It does not provide legal advice and you are, of course, free to speak to a lawyer of your own choosing.  Please be aware that the judge and the magistrate judge assigned to this case and the Clerk's Office cannot give you legal advice.