# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MALIBU MEDIA, LLC,

    Plaintiff,

**v.**                                              Civil Action No. 1:12-cv-01119-EGS-JMF

JOHN DOES 1-7,

    Defendants.

_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 7 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 7 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 7 was assigned the IP Address 71.163.193.157. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 7 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: April 5, 2013

                                              Respectfully submitted,

                                              By: /s/ *Jon A. Hoppe*
                                              Jon A. Hoppe, Esquire
                                              jhoppe@mhhhlawfirm.com
                                              MADDOX, HOPPE, HOOFNAGLE &
                                              HAFEY, L.L.C.
                                              1401 Mercantile Lane #105
                                              Largo, Maryland 20774
                                              Phone: 301-341-2580
                                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Jon A. Hoppe*
      Jon A. Hoppe